IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BILLY RAY WOODARD,
#N87909,

      Plaintiff,

v.

DR. CASEY, *et al.*,

      Defendants.

Case No. 17-cv-687-DWD

# ORDER

**DUGAN, District Judge:**

    This matter is before the Court on the motion for out-of-pocket expenses (Doc. 82) filed by Attorney John R. Clemons. Attorney Clemons seeks reimbursement of $950.16[1] in expenses.

    The Plan for Administration of the District Court Fund Section 2.6 authorizes any District or Magistrate Judge to approve a request for up to $5,000 via signed Order. Here, the undersigned finds the expenses to be reasonable and thus **GRANTS** the motion (Doc. 82). Pursuant to the Plan for the Administration of the District Court Fund, the

---

[1] The Court notes that Mr. Clemons initially seeks reimbursement in the amount of $950.16 (Doc. 82, p. 1). At the conclusion of his pleading, however, Mr. Clemons seeks reimbursement in the amount of $964.96 (Doc. 82, p. 2). The latter appears to be a typographical error. The receipts attached to the pleading support Mr. Clemons request for reimbursement in the amount of $950.16.

Clerk of Court is **ORDERED** to pay Attorney John R. Clemons in the amount of **nine hundred fifty dollars, and sixteen cents ($950.16)**, representing the out-of-pocket expenses reasonably incurred to date in this case by Plaintiff's court-assigned counsel.

The Court advises Mr. Clemons that, if this matter proceeds and Mr. Clemons seeks additional reimbursement for expenses associated with trial, no more than $5000.00 in out-of-pocket expenses may be reimbursed. Finally, the Court thanks Mr. Clemons for his service to date in this action.

**IT IS SO ORDERED.**

DATED:   October 8, 2020

*/s/ Daniel W. Dugan*

**DAVID W. DUGAN**
**United States District Judge**